# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KIMBERLY VETTRL,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-1195-Orl-31JGG**

**L.P. ORLANDO, INC.,**

        **Defendant.**

_____

## ORDER

The parties to this action have filed a Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. 29). Plaintiff has been represented by counsel and the Settlement Agreement (Ex. A) appears to be fair and reasonable. Accordingly, the Court approves the Settlement Agreement except for paragraph 6. Since this paragraph is severable (*see* paragraph 11), it is

**ORDERED** that this case is DISMISSED, with prejudice. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 26, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party